**FILED**

MAY − **8** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JERRY D. LINDSEY,             )
                                        )
        Plaintiff,         )
                                        )
     v.                       )       Civil Action No.  07-2069
                                        )
JOHN J. LEUCH, JR., *et al.*,     )
                                        )
        Defendants.    )

## DISMISSAL ORDER

The Court stayed proceedings in this matter to allow plaintiff time to file a pleading that complies with Rule 8 of the Federal Rules of Civil Procedure.  To date, plaintiff neither has submitted a proper complaint nor has requested more time to do so.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [#2] is DENIED WITHOUT PREJUDICE, and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the Court's November 15, 2007 Order.

SO ORDERED.

                                              _Paul [signature]_
                                              United States District Judge

DATE: 5/8/08



4